# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JACOB HOOPER, Individually and On Behalf of All Others Similarly Situated, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) | No. 2:13-cv-2430 |
| ) | |
| TOWERCOMM, LLC, ) ) ) | |
| Defendant. ) | |

## ORDER APPROVING ATTORNEYS' FEES AND EXPENSES

Pursuant to the Consent Decree filed on October 8, 2013 in this matter, the parties have agreed that Plaintiff's counsel is entitled to attorneys' fees in the amount of $21,500.00 and to reimbursement of expenses in the amount of $1,030.72. The parties have agreed, and the Court finds, that these attorneys' fees are reasonable in light of the nature of this dispute, its early resolution, and the skill required to perform the necessary legal services.

Accordingly, Plaintiff's counsel is hereby awarded attorneys' fees in the amount of $21,500.00 and reimbursement of expenses in the amount of $1,030.72, to be paid by the Defendant within thirty (30) days of the entry of this order.

IT IS SO ORDERED.

    **s/ S. Thomas Anderson**
    S. THOMAS ANDERSON
    UNITED STATES DISTRICT JUDGE

    Date: May 20, 2014